

AUSA FKd

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>Richard Louis BEACH,<br><br>              Defendant. | Magistrate Case No.:<br><br>'08 MJ 8578<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about June 29, 2008, within the Southern District of California, defendant Richard Louis BEACH did knowingly and intentionally import approximately 85.64 kilograms (188.41 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rudy Garcia, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 30th DAY OF June 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Richard Louis BEACH

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Rudy Garcia.

On June 29, 2008, at approximately 0350 hours, Richard Louis BEACH attempted to enter the United States from the Republic of Mexico at the Calexico, California, West Port of Entry. BEACH was the driver, owner, and sole occupant of a 1999 Ford F-250 truck with a California temporary operating permit (VIN#1FTNX20F4XED39276).

BEACH identified himself to Customs and Border Protection Officer (CBPO) Pelayo and stated he was a United States citizen. BEACH gave a negative declaration to CBPO Pelayo. CBPO Pelayo questioned BEACH regarding his visit to Mexico and BEACH stated he visited his girlfriend and was returning home. CBPO Pelayo noted that BEACH was nervous and was avoiding eye contact during questioning.

CBPO Pelayo requested a canine examination of the vehicle from Canine Enforcement Officer (CEO) Jones who was roving at the vehicle lanes with his Human and Narcotic Detector Dog (HNDD). CEO Jones informed CBPO Pelayo that his HNDD alerted to the bed of the truck. CBPO Pelayo escorted BEACH to vehicle secondary for further inspection.

In vehicle secondary, a subsequent inspection of the vehicle by CBPO Pelayo revealed 15 packages concealed inside a diesel auxiliary fuel tank within the bed of the truck. One of the packages was probed and it field-tested positive for marijuana. The 15 packages had a combined net weight of approximately 85.64 kilograms (188.41 pounds) of marijuana.